PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Waiver of Hearing to Modify Conditions

### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall participate in a program for Remote Alcohol Monitoring approved by the probation officer for a period not to exceed six (6) months, or until discontinued by the probation office and pay for services as directed by the probation officer.

Witness: *[signature]*
Dwan Bradsher
U.S. Probation Officer

Signed: *[signature]*
Dana Mustafa
Probationer/Releasee

9/13/21
Date